| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kelly, Timothy J. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>07/31/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Federal Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Salary from ▮▮▮▮▮▮▮▮ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | [redacted] | Tuition Agreement | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 2. Brokerage Acct #1 (H) | | | | | | | | | |
| 3. SPDR Gold Trust ETF (GLD) | | None | J | T | | | | | |
| 4. Market Vectors Golf Miners ETF (GDX) | A | Dividend | J | T | | | | | |
| 5. Diamond Hill Large Cap Fund I (DHLRX) | A | Dividend | J | T | | | | | |
| 6. Franklin Fed. Intermediate-Term Tax-Free Income Fund Advisor (FITZX) | A | Dividend | J | T | | | | | |
| 7. Goldman Sachs Investor Tax-Exempt Money Market Fund FST (FTXXX) | A | Dividend | J | T | | | | | |
| 8. Harbor Small Cap Value Fund Institutional (HASCX) | A | Dividend | J | T | | | | | |
| 9. Harbor Capital Appreciation Fund Institutional (HACAX) | A | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 10. American Funds New World Fund F-2 (NFFFX) | A | Dividend | J | T | | | | | |
| 11. John Hancock Funds Disciplined Value Mid Cap Fund I (JVMIX) | A | Dividend | J | T | | | | | |
| 12. MFS Municipal High Income Fund I (MMIIX) | A | Dividend | K | T | Sold (part) | 06/14/18 | J | | |
| 13. Nuveen Limited Term Municipal Bond Fund I (FLTRX) | A | Dividend | K | T | | | | | |
| 14. Nuveen Intermediate Duration Municipal Bond Fund I (NUVBX) | A | Dividend | K | T | Sold (part) | 06/14/18 | J | A | |
| 15. Oppenheimer Senior Floating Rate Fund Y (OOSYX) | B | Dividend | K | T | Sold (part) | 03/12/18 | J | A | |
| 16. | | | | | Sold (part) | 06/14/18 | J | | |
| 17. Nuveen Real Estate Securities Fund I (FARCX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oakmark International Fund Investor Class (OAYIX) | A | Dividend | J | T | | | | | |
| 19. T. Rowe Price Equity Income Fund (PRFDX) | B | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 20. T. Rowe Price Blue Chip Growth Fund (TRBCX) | A | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 21. T. Rowe Price Mid-Cap Growth Fund (RPMGX) | A | Dividend | J | T | Sold (part) | 03/12/18 | J | A | |
| 22. Thornburg Limited Term Municipal Fund I (LTMIX) | A | Dividend | J | T | | | | | |
| 23. IRA Acct #1 (H) | | | | | | | | | |
| 24. Deutsche Enhanced Commodity Strategy Fund Institutional (SKIRX) | A | Dividend | J | T | | | | | |
| 25. William Blair International Growth Fund I (BIGIX) | A | Dividend | J | T | | | | | |
| 26. Eagle Small Cap Growth Fund I (HSIIX) | A | Dividend | J | T | | | | | |
| 27. Eaton Vance Income Fund of Boston I (EIBIX) | A | Dividend | J | T | | | | | |
| 28. AMG Times Square Mid Cap Growth Fund N (TQMIX) | B | Dividend | J | T | | | | | |
| 29. First Eagle Overseas Fund I (SGOIX) | | None | | | Sold | 08/15/18 | J | A | |
| 30. John Hancock Classic Value Fund I (JCVIX) | A | Dividend | J | T | | | | | |
| 31. Harbor Capital Appreciation Fund Institutional (HAINX) | | None | | | Sold | 08/15/18 | J | A | |
| 32. Hotchkis & Wiley Mid-Cap Value Fund I (HWMIX) | A | Dividend | J | T | | | | | |
| 33. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | B | Dividend | J | T | | | | | |
| 34. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | | | | | |
| 36. MFS Emerging Markets Debt I (MEDIX) | A | Dividend | J | T | | | | | |
| 37. MainStay Large Cap Growth Fund I (MLAIX) | B | Dividend | J | T | | | | | |
| 38. Wells Fargo Emerging Growth Fund I (WEMIX) | A | Dividend | J | T | | | | | |
| 39. Principal Global Real Estate Securities Fund (POSIX) | A | Dividend | J | T | | | | | |
| 40. Oppenheimer Developing Markets Fund Y (ODVYX) | A | Dividend | J | T | | | | | |
| 41. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | Buy (add'l) | 04/24/18 | J | | |
| 42. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 43. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | B | Dividend | J | T | | | | | |
| 44. Voya Large-Cap Growth Fund I (PLCIX) | A | Dividend | J | T | | | | | |
| 45. Wells Fargo Core Bond Fund I (MBFIX) | A | Dividend | J | T | | | | | |
| 46. IRA Acct #2 (H) | | | | | | | | | |
| 47. William Blair International Growth Fund I (BIGIX) | A | Dividend | J | T | | | | | |
| 48. AMG Times Square Mid Cap Growth Fund N (TQMIX) | A | Dividend | J | T | | | | | |
| 49. First Eagle Overseas Fund I (SGOIX) | | None | | | Sold | 08/15/18 | J | A | |
| 50. John Hancock Classic Value Fund I (JCVIX) | A | Dividend | J | T | | | | | |
| 51. Harbor Capital Appreciation Fund Institutional (HAINX) | | None | | | Sold | 08/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | J | T | | | | | |
| 53. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | A | Dividend | J | T | | | | | |
| 54. MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | | | | | |
| 55. MainStay Large Cap Growth Fund I (MLAIX) | A | Dividend | J | T | | | | | |
| 56. Oppenheimer Developing Markets Fund Y (ODVYX) | A | Dividend | J | T | | | | | |
| 57. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 58. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | A | Dividend | J | T | | | | | |
| 59. Voya Large-Cap Growth Fund I (PLCIX) | A | Dividend | J | T | | | | | |
| 60. Roth IRA #1 (H) | | | | | | | | | |
| 61. William Blair International Growth Fund I (BIGIX) | A | Dividend | J | T | | | | | |
| 62. Eagle Small Cap Growth Fund I (HSIIX) | A | Dividend | J | T | | | | | |
| 63. Eaton Vance Income Fund of Boston I (EIBIX) | A | Dividend | J | T | | | | | |
| 64. AMG Times Square Mid Cap Growth Fund N (TQMIX) | A | Dividend | J | T | | | | | |
| 65. First Eagle Overseas Fund I (SGOIX) | | None | | | Sold | 08/15/18 | J | A | |
| 66. John Hancock Classic Value Fund I (JCVIX) | A | Dividend | J | T | | | | | |
| 67. Harbor Capital Appreciation Fund Institutional (HAINX) | | None | | | Sold | 08/15/18 | J | A | |
| 68. Hotchkis & Wiley Mid-Cap Value Fund I (HWMIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Funds Washington Mutual Investors Fund F-2 (WMFFX) | A | Dividend | J | T | | | | | |
| 70. Lazard Emerging Market Equity Portfolio Institutional (LZEMX) | A | Dividend | J | T | | | | | |
| 71. MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | | | | | |
| 72. MFS Emerging Markets Debt I (MEDIX) | A | Dividend | J | T | | | | | |
| 73. MainStay Large Cap Growth Fund I (MLAIX) | A | Dividend | J | T | | | | | |
| 74. Wells Fargo Emerging Growth Fund I (WEMIX) | A | Dividend | J | T | | | | | |
| 75. Principal Global Real Estate Securities Fund (POSIX) | A | Dividend | J | T | | | | | |
| 76. Oppenheimer Developing Markets Fund Y (ODVYX) | A | Dividend | J | T | | | | | |
| 77. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | | | | | |
| 78. T Rowe Price Intl Fd Overseas Stk Fd (TROSX) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 79. Victory Sycamore Small Company Opportunity Fund I (VSOIX) | A | Dividend | J | T | | | | | |
| 80. Voya Large-Cap Growth Fund I (PLCIX) | A | Dividend | J | T | | | | | |
| 81. Wells Fargo Core Bond Fund I (MBFIX) | A | Dividend | J | T | | | | | |
| 82. 529 Plan #1 (H) | | | | | | | | | |
| 83. American Funds The Growth Fund of America 529-A (CGFAX) | C | Dividend | K | T | | | | | |
| 84. American Funds The New Economy Fund 529-A (CNGAX) | C | Dividend | K | T | | | | | |
| 85. American Funds New Perspective Fund 529-A (CNPAX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. American Funds New World Fund 529-A (CNWAX) | A | Dividend | K | T | | | | | |
| 87. American Funds SmallCap World Fund 529-A (CSPAX) | B | Dividend | K | T | | | | | |
| 88. American Funds College 2027 Fund 529-A (CSTAX) | B | Dividend | K | T | Buy (add'l) | 09/04/18 | J | | |
| 89. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 90. 529 Plan #2 (H) | | | | | | | | | |
| 91. American Funds The Growth Fund of America 529-A (CGFAX) | A | Dividend | J | T | | | | | |
| 92. American Funds The New Economy Fund 529-A (CNGAX) | A | Dividend | J | T | | | | | |
| 93. American Funds New Perspective Fund 529-A (CNPAX) | A | Dividend | J | T | | | | | |
| 94. American Funds New World Fund 529-A (CNWAX) | A | Dividend | J | T | | | | | |
| 95. American Funds SmallCap World Fund 529-A (CSPAX) | A | Dividend | J | T | | | | | |
| 96. American Funds College 2030 Fund 529-A (CTHAX) | A | Dividend | J | T | Buy (add'l) | 02/23/18 | J | | |
| 97. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 98. 457(b) Plan #1 (H) | | | | | | | | | |
| 99. Vanguard Target Retirement 2035 Trust | | None | K | T | | | | | |
| 100. 401(A) Plan #1 (H) | | | | | | | | | |
| 101. Vanguard Target Retirement 2035 Trust | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kelly, Timothy J. | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII of this report has been reorganized by account, and assets have been listed in brokerage order. As a result, more than one holding in the current report will correspond with a single entry in the prior report. This is not indicative of reportable transactions.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Timothy J. Kelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544